**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JEREMY STEPHAN McGEE**                                                       **PETITIONER**

**v.**                                                                    **No. 1:26-cv-0095-GHD-DAS**

**STATE OF MISSISSIPPI, et al.**                                            **RESPONDENTS**

**ORDER DIRECTING STATE TO RESPOND**

Jeremy Stephan McGee has filed a petition for a writ of *habeas corpus* under 28 U.S.C.
§2241 and has paid his filing fee. It is **ORDERED:**

1. No later than September 21, 2026, the respondent, through Lynn Fitch, the Attorney
General of the State of Mississippi, must file an answer to this petition, along with full transcripts of
all proceedings in the state courts of Mississippi arising from the pending charges of possession of
meth and trafficking against the petitioner in the Circuit Court of Lee County, Mississippi (to the
extent such transcripts are relevant to the State's response).  If a response to any future motions is
required, the Court will request one be filed.

2. Within 14 days of service upon him of a copy of respondent's answer, petitioner may file
his traverse or reply to the allegations contained in such answer.

3. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the
petition, this order, acknowledgment of service of process form, and any other initial filings, upon
Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant
Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the

completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could also lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 22nd day of June, 2026.

    **/s/ David A. Sanders**
**UNITED STATES MAGISTRATE JUDGE**